IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KENTRALL DEWAYNE WILLIAMS**                                                  **PLAINTIFF**

v.                             **Case No. 3:17-cv-00339-KGB**

**CRAIGHEAD COUNTY DETENTION
CENTER,** *et al*.                                                                **DEFENDANTS**

## ORDER

On February 26, 2018, the Court directed plaintiff Kentrall Dewayne Williams to either: (1) pay the $400.00 filing fee in full or (2) file a properly completed application to proceed *in forma pauperis* on or before March 28, 2018 (Dkt. No. 3). Mr. Williams was advised that his failure to do so may result in the dismissal of this case pursuant to Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas, which provides, in part, that "[i]f any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."

As of the date of this Order, Mr. Williams has not complied with the Court's Order of February 26, 2018. Accordingly, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 18th day of December, 2018.

                                                                          Kristine G. Baker
                                                                          United States District Judge