**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**KENTRALL DEWAYNE WILLIAMS**                                    **PLAINTIFF**

**v.**                              **Case No. 3:17-cv-00339-KGB**

**CRAIGHEAD COUNTY DETENTION**
**CENTER, *et al.*****                                    **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Kentrall Dewayne Williams's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 18th day of December, 2018.

_____
Kristine G. Baker
United States District Judge